November 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

SANDS L. STIEFER, CHIEF APPRAISER OF THE HARRIS COUNTY
APPRAISAL DISTRICT, Appellant

NO. 14-14-00617-CV                              V.

EDWARD MOERS AND DANIEL MOERS, Appellees

_____

This cause, an appeal from the order denying appellant, Sands L. Stiefer's, plea to the jurisdiction and motion to dismiss, signed, July 9, 2014, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing for lack of subject-matter jurisdiction all claims asserted by appellees against appellant, Sands L. Stiefer.

We further order that all costs incurred by reason of this appeal be paid by appellee, Edward Moers and Daniel Moers.

We further order this decision certified below for observance.